| Attorney or Party Name, Address, Telephone & Fax Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Todd L. Turoci<br>3732 12th Street<br>Riverside, CA 92501<br>1-888-332-8362 Fax: 1-866-762-0618<br>tturoci@aol.com<br>California State Bar Number: **160059**<br><br>*Attorney for Debtors* | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>JASON ADAM MORROW<br>SARA LOUISE MORROW<br><br>                                                                Debtors. | CHAPTER __13__<br><br>CASE NUMBER 6:09-bk-18072-MJ<br><br>Date: 7/18/11<br>Time: 1:30 PM<br>Crtrm: 301<br>United States Bankruptcy Court<br>3420 Twelfth Street<br>Riverside, CA 92501 |
|---|---|

## NOTICE OF OPPOSITION AND REQUEST FOR A HEARING

1. TO THE HONORABLE MEREDITH A. JURY; ROD DANIELSON, CHAPTER 13 TRUSTEE; and all other interested parties:

2. NOTICE IS HEREBY GIVEN that the __JASON AND SARA MORROW__, a party in interest, hereby opposes the following request: MOTION FOR ORDER DISMISSING CHAPTER 13 PROCEEDING (TAX RETURNS/REFUNDS).

3. This opposition is based upon the following grounds *(specify grounds)*: Debtors used the tax refunds totaling $1900.00 to cure delinquent post-petition mortgage payments.

Any reply to this opposition must be filed with the Court and served on this opposing party not later than 7 days prior to the hearing on the motion.

WHEREFORE, the undersigned prays that this Court deny the subject request and set this matter for a hearing.

Dated: **June 15, 2011**

Respectfully submitted,

**The Turoci Firm**
*Firm Name*

By:   /s/ Todd L. Turoci

Name:   Todd L. Turoci 160059

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2009

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

F 9013-1.3

Best Case Bankruptcy

Opposition and Request for a Hearing - Page 2                                                                 F 9013-1.3

| In re | CHAPTER **13** |
|---|---|
| **Jason and Sara Morrow** Debtors. | CASE NUMBER **6:09-bk-18072-MJ** |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
The Turoci Firm, 3732 12th Street, Riverside, CA 92501

A true and correct copy of the foregoing document described as **Notice of Hearing and Notice of Opposition to Trustee's Motion to Dismiss (Tax Returns/Refunds)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **06/15/2011** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

notice-efile@rodan13.com; ustpregion16.rs.ecf@usdoj.gov;

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):**
On **06/15/2011** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**The Hon. Meredith A. Jury**

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 15, 2011 | Julie Hylin | /s/ Julie Hylin |
|---|---|---|
| Date | Type Name | Signature |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2009                                                                                                 F 9013-1.3

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                  Best Case Bankruptcy

Case 6:09-bk-18072-MJ  Doc 42  Filed 06/15/11  Entered 06/15/11 12:13:07  Desc
Main Document  Page 3 of 3
Opposition and Request for a Hearing - Page 3

F 9013-1.3

| In re | | CHAPTER __13__ |
|---|---|---|
| | **Jason and Sara Morrow** | |
| | Debtors. | CASE NUMBER **6:09-bk-18072-MJ** |

**ADDITIONAL SERVICE INFORMATION (if needed):**

The Hon. Meredith A. Jury
United States Bankruptcy Court
3420 Twelfth Street, Suite 345
Riverside, CA 92501-3819

Jason and Sara Morrow
16675 Birch
Hesperia, CA 92345

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2009*

F 9013-1.3

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

Best Case Bankruptcy